APRIL 24, 1972

No. 71–1057.  STANDKE ET AL. *v.* B. E. DARBY & SONS, INC.  Sup. Ct. Minn.  Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

No. 71–975.  ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. *v.* CHICAGO & NORTH WESTERN RAILWAY CO. ET AL.  Affirmed on appeal from D. C. C. D. Cal.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this appeal.

No. 70–5093.  DANIELS *v.* HIRSHBERG, HOSPITAL SUPERINTENDENT.  Appeal from Sup. Ct. Fla. dismissed as moot.

No. 71–1101.  REITZ ET UX. *v.* TOWN OF VANDEN BROEK.  Appeal from Sup. Ct. Wis. dismissed for want of substantial federal question.  MR. JUSTICE STEWART would dismiss the appeal as moot.

No. 71–1135.  RIDGILL *v.* GULF RESTON, INC., ET AL.  Appeal from Sup. Ct. Va.  Motion to consider late-docketed appeal granted.  Appeal dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–1053.  McKENNA *v.* UNITED STATES.  C. A. 7th Cir.  Application for bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.